RETURN RECEIPT FOR PRE-SENTENCE REPORT/SENTENCING RECOMMENDATION/VIOLATION REPORT

Case Name: USA v GARY LEE WIKELIUS

Case Number: 03-CR-30108

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

_Cathy Reichart_
U.S. Probation office

Date: _10-19-05_